186 So. 926

**Custer VINSON v. STATE.**

8 Div. 773.

Court of Appeals of Alabama.
Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

186 So. 926

**Tom E. WADDELL v. STATE.**

8 Div. 771.

Court of Appeals of Alabama.
Feb. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

186 So. 926

**Ernest WADKINS v. STATE.**

8 Div. 750.

Court of Appeals of Alabama.
Feb. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

185 So. 927

**Albert WAIRES v. STATE.**

6 Div. 321.

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

181 So. 925

**Lloyd WALDROP v. CITY OF BIR-MINGHAM.**

6 Div. 281.

Court of Appeals of Alabama.
May 17, 1938.

SAMFORD, Judge.
Affirmed.

189 So. 925

**E. E. WALLACE v. STATE.**

8 Div. 745.

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.